IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gonzalez, Angelita

Printed: 1/8/08

Case Number: 06 B 15092
Judge: Hollis, Pamela S
Filed: 11/17/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 19, 2007
Confirmed: January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,260.00 |  |
| Secured: |  | 1,770.71 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,324.98 |
| Trustee Fee: |  | 164.31 |
| Other Funds: |  | 0.00 |
| Totals: | 3,260.00 | 3,260.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,000.00 | 1,324.98 |
| 2. | DaimlerChrysler Servs North America | Secured | 15,322.47 | 1,770.71 |
| 3. | World Financial Network Nat'l | Unsecured | 527.32 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Unsecured | 0.00 | 0.00 |
| 5. | Capital One | Unsecured | 1,460.39 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 6,343.62 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 7,154.43 | 0.00 |
| 8. | Avon Morton Grove | Unsecured |  | No Claim Filed |
| 9. | Anderson Financial Network | Unsecured |  | No Claim Filed |
| 10. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 11. | AFNI | Unsecured |  | No Claim Filed |
| 12. | Chase Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 32,808.23 | $ 3,095.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 93.89 |
| 5.4% | 70.42 |
|  | _____ |
|  | $ 164.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gonzalez, Angelita | Case Number:  06 B 15092 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/8/08 | Filed:  11/17/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

